UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MARK HOLPER

CIVIL ACTION

NO. 08-142-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 19, 2011 (doc. no. 77). The plaintiff has filed an objection which reasserts the same argument and lacks merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Summary Judgment (doc. no. 63) is DENIED and this matter is referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, this 24th day January, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA